# CARTER LEDYARD MILBURN

**John M. Griem, Jr.**
Partner
griem@clm.com

28 Liberty Street
New York, NY 10005
D / 212-238-8659

August 8, 2023

> Application GRANTED.  Time to respond to the Complaint is extended to September 6, 2023, and the initial pre-trial conference scheduled for September 15, 2023, is adjourned to October 16, 2023, at 11 am.
> SO ORDERED.
> Dated: 08/08/2023
>
> /s/ P. Kevin Castel
> P. Kevin Castel
> United States District Judge

**BY ECF**

Hon. P. Kevin Castel
U.S. District Court, Southern District of New York
500 Pearl St.
New York, New York 10007

Re:   BLINKO v. ENFANTS RICHES DEPRIMES, LLC AND ATALLAH GROUP US INC. D/B/A SSENSE, Case 1:23-cv-05530-PKC

Dear Judge Castel:

We have just been engaged to represent defendant Atallah Group US Inc. d/b/a SSENSE ("SSENSE").

We write to request a 30 day extension of time for SSENSE to respond to the Complaint, so that we may understand the facts and prepare a response.  The current deadline is today, August 8, 2023, so the new deadline would be September 6, 2023.  Plaintiff consents to this request.  No previous extension was sought.

We further request an extension of the initial conference date until at least 14 days after the deadline for responding to the Complaint.  The initial conference is currently set for September 15, 2023.

We thank the Court for its consideration of these requests.

Respectfully submitted,

/s/ John M. Griem, Jr.

John M. Griem, Jr.

cc:  All Counsel of Record (via ECF)